**Order entered November 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00902-CV

### TEN HAGEN EXCAVATING, INC., Appellant

### V.

### JOSE CASTRO-LOPEZ AND LORENA CASTRO, Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-00454-A**

## ORDER

We **GRANT** appellant's October 29, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **NOVEMBER 23, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE